IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

JAY R. REED and
MARGARET E. REED

      Appellants,

                                                                           Civil Action No. 3:14-cv-12

v.

ROBERT L. JOHNS

      Appellee.

## ORDER DISMISSING APPEAL

This matter comes before the Court upon the "Appellants' Motion to Withdraw Appeal," filed by the Appellants Jay R. Reed and Margaret E. Reed, whereby Appellants seek to withdraw their appeal pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure. Appellants filed this appeal from an order of the United States Bankruptcy Court for the Northern District of West Virginia approving the results of the Trustee's sale by auction of real property owned by the Debtor over Appellants' objections. Appellants ask the Court to dismiss their appeal without prejudice and to remand this action to the United States Bankruptcy Court for the Northern District of West Virginia for further proceedings

Hearing no objection, and perceiving of none, it is therefore accordingly **ORDERED** that this appeal is hereby **DISMISSED WITHOUT PREJUDICE**, and this action is **REMANDED** to the United States Bankruptcy Court for the Northern District of West Virginia for further proceedings. The parties are to bear their respective costs incurred.

ENTER: _Feb 10, 2014_

_/s/ Gina M. Groh_
Gina M. Groh, U.S. District Judge