**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-00023-PMF |
| | § | |
| RICCO, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $15,262,600.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,249,755.65 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $186,110.82 | | |

3)        Total gross receipts of $1,435,866.47  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,435,866.47 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,009,385.00 | $1,982,595.56 | $1,819,281.30 | $610,936.42 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $156,653.98 | $156,353.98 | $156,217.53 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $29,893.29 | $29,893.29 | $29,893.29 |
| Priority Unsecured Claims (From **Exhibit 6**) | $43,000.00 | $10,975.00 | $10,975.00 | $10,975.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,346,289.00 | $3,347,733.67 | $2,665,333.67 | $627,844.23 |
| **Total Disbursements** | $4,398,674.00 | $5,527,851.50 | $4,681,837.24 | $1,435,866.47 |

4).  This case was originally filed under chapter 7 on 01/07/2010.  The case was pending for 107 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2018                   By:   /s/ Robert L. Johns
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Turner & Johns, PLLC | 1121-000 | $975.00 |
| 66.66% interest in Tre Manichinos Partners | 1129-000 | $212,430.34 |
| Turner & Johns, PLLC | 1180-000 | $250.00 |
| Ambizioso City National Bank Account | 1229-000 | $16,350.76 |
| Amico City National Bank Account | 1229-000 | $10,309.27 |
| Calandrella personal bankruptcy | 1229-000 | $13,773.12 |
| Lupo Tana City National Bank Account | 1229-000 | $252,240.09 |
| Ricco City National Bank Account | 1229-000 | $926,783.30 |
| Interest from Ambizioso Account | 1270-000 | $18.54 |
| Interest from Amico Account | 1270-000 | $11.25 |
| Interest from Lupo Tana Account | 1270-000 | $265.53 |
| Interest from Ricco Account | 1270-000 | $1,138.27 |
| Insurance Partners Agency, INC | 1290-000 | $1,321.00 |
| **TOTAL GROSS RECEIPTS** | | $1,435,866.47 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Jay R. Reed and Margaret E. Reed | 4110-000 | $1,350,385.00 | $1,250,000.00 | $1,250,000.00 | $300,347.76 |
| 13 | John and Susan Daley | 4110-000 | $219,000.00 | $231,045.00 | $231,045.00 | $96,376.27 |
| 17 | Beatrice V. Paugh | 4110-000 | $0.00 | $144,145.21 | $144,145.21 | $144,145.21 |
| 22 | Dorothy L. Roth | 4110-000 | $50,000.00 | $21,000.00 | $21,000.00 | $25,000.00 |
| 24 | Ralph Franz | 4110-000 | $56,000.00 | $54,750.00 | $54,750.00 | $14,282.46 |
| 35 | LPP Mortgage, Ltd. | 4110-000 | $0.00 | $25,771.59 | $25,771.59 | $0.00 |
| 47 | Clear Mountain Bank | 4110-000 | $12,500.00 | $11,784.78 | $11,784.78 | $0.00 |
| 48 | Jean Bray | 4110-000 | $25,000.00 | $19,169.05 | $0.00 | $0.00 |
| 49 | Brian Sowers | 4110-000 | $167,000.00 | $50,000.00 | $50,000.00 | $0.00 |
| 62 | Beatrice V. Paugh | 4110-000 | $117,000.00 | $144,145.21 | $0.00 | $0.00 |
| | LLP Mortgage, | 4110-000 | $0.00 | $21,150.55 | $21,150.55 | $21,150.55 |

| | | | | | |
|---|---|---|---|---|---|
| LTD. | | | | | |
| MGC Mortgage | 4110-000 | $12,500.00 | $0.00 | $0.00 | $0.00 |
| Sherry Brady | 4210-000 | $0.00 | $9,634.17 | $9,634.17 | $9,634.17 |
| **TOTAL SECURED CLAIMS** | | $2,009,385.00 | $1,982,595.56 | $1,819,281.30 | $610,936.42 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert Johns, Trustee | 2100-000 | NA | $66,325.99 | $66,325.99 | $66,289.54 |
| Robert Johns, Trustee | 2200-000 | NA | $308.77 | $8.77 | $8.77 |
| Insurance Partners Agency, INC | 2300-000 | NA | $1,205.63 | $1,205.63 | $1,205.63 |
| Pinnacle Bank | 2600-000 | NA | $778.45 | $778.45 | $778.45 |
| U.S. Northern | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Department of the Treasury | 2810-000 | NA | $9,187.00 | $9,187.00 | $9,187.00 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | $2,579.72 | $2,579.72 | $2,479.72 |
| INTERNAL REVENUE SERVICE Center | 2810-000 | NA | $9,357.00 | $9,357.00 | $9,357.00 |
| Comptroller of Maryland | 2820-000 | NA | $8,922.31 | $8,922.31 | $8,922.31 |
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $47,201.61 | $47,201.61 | $47,201.61 |
| Andrew Smith, Accountant for Trustee | 3410-000 | NA | $10,537.50 | $10,537.50 | $10,537.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $156,653.98 | $156,353.98 | $156,217.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Chapter 11, Trustee | 6101-000 | NA | $18,238.84 | $18,238.84 | $18,238.84 |
| Dinsmore & Shohl, LLP, Special Counsel | 6210-600 | NA | $11,127.50 | $11,127.50 | $11,127.50 |
| Dinsmore & Shohl, LLP, Special Accountant | 6420-590 | NA | $526.95 | $526.95 | $526.95 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $29,893.29 | $29,893.29 | $29,893.29 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 61 | US Trustee | 5800-000 | $0.00 | $975.00 | $975.00 | $975.00 |
| | Willard C. Roth and Dorothy L. Roth | 5200-000 | $0.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| | Maryland St. Dept of Assessment & | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mineral County | 5800-000 | $43,000.00 | $0.00 | $0.00 | $0.00 |
| | WV State Tax Department | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$43,000.00** | **$10,975.00** | **$10,975.00** | **$10,975.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Rosanne Sherwood | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | T. Scott Wilson | 7100-000 | $60,000.00 | $60,000.00 | $60,000.00 | $15,254.15 |
| 4 | Mary L. Wood | 7100-000 | $40,000.00 | $40,000.00 | $40,000.00 | $10,169.43 |
| 5 | Troxell Keplinger | 7100-000 | $240,000.00 | $208,000.00 | $0.00 | $0.00 |
| 6 | Jean Bray | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| 7 | Frank and Doris Sowers | 7100-000 | $15,000.00 | $12,000.00 | $0.00 | $0.00 |
| 8 | Frank and Doris Sowers | 7100-000 | $0.00 | $18,000.00 | $0.00 | $0.00 |
| 9 | Doris Sowers | 7100-000 | $200,000.00 | $119,000.00 | $0.00 | $0.00 |
| 10 | James F. Bruckey | 7100-000 | $72,000.00 | $72,000.00 | $72,000.00 | $18,304.98 |
| 11 | Thomas F. Bruckey | 7100-000 | $11,000.00 | $11,000.00 | $11,000.00 | $2,796.59 |
| 12 | Mary L. Bruckey | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $2,542.36 |
| 14 | Jeremy T. Iser | 7100-000 | $90,000.00 | $96,750.00 | $96,750.00 | $76,081.77 |
| 15 | Myrtle Paugh | 7100-000 | $50,000.00 | $55,250.00 | $55,250.00 | $12,711.79 |
| 16 | Vera Stonebraker and Robert Stonebraker | 7100-000 | $50,000.00 | $55,250.00 | $55,250.00 | $13,576.19 |
| 18 | Alice Andrzejewski | 7100-000 | $60,000.00 | $67,200.00 | $67,200.00 | $15,254.15 |

| 19 | Joyce Tasker and | 7100-000 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
|---|---|---|---|---|---|---|
| 20a | IRS | 7100-000 | | $2,977.09 | $2,977.09 | $756.88 |
| 21 | Willard C. Roth | 7100-000 | $38,000.00 | $44,000.00 | $44,000.00 | $0.00 |
| 22a | Dorothy L. Roth | 7100-000 | $50,000.00 | $44,000.00 | $44,000.00 | $0.00 |
| 23 | William H. Kitzmiller | 7100-000 | $50,000.00 | $100,000.00 | $100,000.00 | $25,423.58 |
| 25 | Robert Baker | 7100-000 | $0.00 | $105,276.82 | $105,276.82 | $2,249.94 |
| 26 | Elk District Volunteer Fire Co., Inc. | 7100-000 | $115,000.00 | $127,690.00 | $127,690.00 | $29,237.11 |
| 27 | Ralph Warnick and | 7100-000 | $12,000.00 | $13,380.00 | $13,380.00 | $3,050.83 |
| 28 | Virginia Cummings | 7100-000 | $30,000.00 | $55,702.38 | $55,702.38 | $1,199.97 |
| 29 | Douglas M. Bircher | 7100-000 | $51,789.00 | $50,704.00 | $50,704.00 | $12,890.77 |
| 30 | Daniel P. Kelley | 7100-000 | $145,000.00 | $190,625.00 | $190,625.00 | $50,385.49 |
| 31 | Ronald Harvey | 7100-000 | $12,000.00 | $12,500.00 | $12,500.00 | $3,177.95 |
| 32 | Richard Sherwood and Rosanne Sherwood | 7100-000 | $40,000.00 | $40,000.00 | $40,000.00 | $10,169.43 |
| 33 | Melvin W. and Dixie L. Brinkman | 7100-000 | $26,500.00 | $31,676.38 | $31,676.38 | $7,245.72 |
| 34 | Gary Paugh | 7100-000 | $50,000.00 | $76,549.74 | $76,549.74 | $17,796.50 |
| 36 | Ellen E. Paugh | 7100-000 | $35,000.00 | $49,561.80 | $49,561.80 | $11,250.20 |
| 37 | David L. Idleman | 7100-000 | $15,000.00 | $15,000.00 | $15,000.00 | $3,813.54 |
| 38 | Estate of Mildred O. Kitzmiller | 7100-000 | $0.00 | $106,000.00 | $0.00 | $0.00 |
| 39 | Estate of Mildred O. Kitzmiller | 7100-000 | $0.00 | $119,000.00 | $0.00 | $0.00 |
| 40 | Estate of Mildred O. Kitzmiller | 7100-000 | $0.00 | $200,000.00 | $200,000.00 | $4,999.86 |
| 41 | Estate of Mildred O. Kitzmiller | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $2,499.93 |
| 42 | Estate of Mildred O. Kitzmiller | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $624.98 |
| 43 | Frank J. Sowers Jr. and Doris J. Sowers | 7100-000 | $15,000.00 | $12,000.00 | $12,000.00 | $3,050.83 |
| 44 | Frank J. Sowers Jr. and Doris J. Sowers | 7100-000 | $15,000.00 | $18,000.00 | $18,000.00 | $4,576.24 |

| 45 | Brian Sowers | 7100-000 | $34,000.00 | $5,400.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 46 | William L. Lucas | 7100-000 | $0.00 | $84,626.21 | $84,626.21 | $19,067.68 |
| 50 | Doris Sowers | 7100-000 | $200,000.00 | $225,000.00 | $225,000.00 | $57,203.05 |
| 51 | Carolyn Calendrella | 7100-000 | $60,000.00 | $60,000.00 | $0.00 | $0.00 |
| 52 | Conrad and Tanya James | 7100-000 | $0.00 | $58,720.34 | $58,720.34 | $3,813.54 |
| 53 | James D. Brady, Jeffrey A. Brady | 7100-000 | $0.00 | $22,510.01 | $22,510.01 | $5,084.72 |
| 54 | James D. Brady, Jeffrey A. Brady | 7100-000 | $0.00 | $19,726.67 | $19,726.67 | $4,449.13 |
| 55 | James D. Brady, Jeffrey A. Brady | 7100-000 | $0.00 | $33,643.33 | $33,643.33 | $7,627.07 |
| 56 | James D. Brady, Jeffrey A. Brady | 7100-000 | $0.00 | $35,143.28 | $35,143.28 | $5,084.72 |
| 57 | James D. Brady, Jeffrey A. Brady | 7100-000 | $0.00 | $42,996.50 | $42,996.50 | $956.21 |
| 58 | James D. Brady, Jeffrey A. Brady | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | Rhonda Paugh | 7100-000 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 60 | John E. Paugh | 7100-000 | $30,000.00 | $30,000.00 | $0.00 | $0.00 |
| 63 | Clifford Eugene Keplinger | 7100-000 | $0.00 | $208,000.00 | $208,000.00 | $52,881.04 |
| 64 | John F. Dixon | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $12,711.79 |
| | Brian C. Sowers | 7100-000 | $0.00 | $20,287.34 | $20,287.34 | $20,287.34 |
| | Brian C. Sowers | 7100-000 | $0.00 | $77,586.78 | $77,586.78 | $77,586.78 |
| | Alan and Carla Roth | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| | Doris J. Sowers and Carolyn | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | Doris J. Sowers and Carolyn | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| | Frank and S. Allene Sowers | 7100-000 | $40,000.00 | $0.00 | $0.00 | $0.00 |
| | Frank J. Sowers, Sr. | 7100-000 | $17,000.00 | $0.00 | $0.00 | $0.00 |
| | James F. and Mary L. Bruckey | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | John F. Dixon | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| | Joyce Stonebreaker-Tasker | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Norman E. Paugh | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Baller | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| S. Allene Sowers | 7100-000 | $17,000.00 | $0.00 | $0.00 | $0.00 |
| William E. and Marcia L. Lucas | 7100-000 | $75,000.00 | $0.00 | $0.00 | $0.00 |
| William H. Kitzmiller | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| William H. Kitzmiller | 7100-000 | $43,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,346,289.00 | $3,347,733.67 | $2,665,333.67 | $627,844.23 |

No. 3:10-bk-00023   Doc 907   Filed 12/17/18   Entered 12/17/18 15:12:08   Page 9 of 21

| Case No.: | 10-00023-PMF | | Trustee Name: | Robert L. Johns |
| Case Name: | RICCO, INC. | | Date Filed (f) or Converted (c): | 01/07/2010 (f) |
| For the Period Ending: | 12/13/2018 | | §341(a) Meeting Date: | 04/16/2015 |
| | | | Claims Bar Date: | 05/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    466 acres of mineral located in Elk District, Mineral County, West Virginia | $233,000.00 | $0.00 | | $0.00 | FA |
| 2    83.87 acres of surface, located in Elk District, Mineral County, West Virginia | $166,000.00 | $0.00 | | $0.00 | FA |
| 3    200+ acres of leased mineral rights, located through Garrett County, Maryland | $100,000.00 | $0.00 | | $0.00 | FA |
| 4    1050+ acres, surface, with building, located in Maryland | $3,150,000.00 | $0.00 | | $0.00 | FA |
| 5    200 acres of mineral rights, located in Grant County, WV | $100,000.00 | $0.00 | | $0.00 | FA |
| 6    2,000 + acres of mineral rights, located in Garrett County, MD | $1,000,000.00 | $0.00 | | $0.00 | FA |
| 7    1,300 acres of surface, located in Maryland | $3,800,000.00 | $0.00 | | $0.00 | FA |
| 8    2,500 acres of mineral rights, located in Maryland | $1,250,000.00 | $0.00 | | $0.00 | FA |
| 9    643 acres, North Hill & Short Run Rd (owned by Lupo Tana) | $1,900,000.00 | $0.00 | | $0.00 | FA |
| 10   650 acres, End of Shallmar Rd., Kitzmiller, MD (owned by Lupo Tana) | $1,900,000.00 | $0.00 | | $0.00 | FA |
| 11   4.38 acres, Shallmar lots, (owned by Ricco, Inc.) | $28,000.00 | $0.00 | | $0.00 | FA |
| 12   207.14 acres, 'Lestan property', (owned by Ricco, Inc.) | $600,000.00 | $0.00 | | $0.00 | FA |
| 13   Lupo Tana checking account with Clear Mountain Bank | $5,000.00 | $0.00 | | $0.00 | FA |
| 14   Amico checking account with Clear Mountain Bank | $200.00 | $0.00 | | $0.00 | FA |
| 15   Ambiziosa checking account with Clear Mountain Bank | $200.00 | $0.00 | | $0.00 | FA |
| 16   Tres Manichinos checking account with Clear Mountain Bank | $200.00 | $0.00 | | $0.00 | FA |
| 17   100% interest in Amico Partners | $0.00 | $0.00 | | $0.00 | FA |

No. 3:10-bk-00023   Doc 907   Filed 12/17/18   Entered 12/17/18 15:12:08   Page 10 of 21

| Case No.: | 10-00023-PMF | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | RICCO, INC. | | Date Filed (f) or Converted (c): | 01/07/2010 (f) |
| For the Period Ending: | 12/13/2018 | | §341(a) Meeting Date: | 04/16/2015 |
| | | | Claims Bar Date: | 05/27/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 18 | 100% interest in Ambizioso Partners | $0.00 | $0.00 | | $0.00 | FA |
| 19 | 86% interest in Lupo Tana Partners | $0.00 | $0.00 | | $0.00 | FA |
| 20 | 66.66% interest in Tre Manichinos Partners | $0.00 | $212,430.34 | | $212,430.34 | FA |
| 21 | Ricco Note from Steven Van Sickle; 3.5 years left before balloon payment is due | $150,000.00 | $0.00 | | $0.00 | FA |
| 22 | Amico Partners Note from Stephen Miller; 2.5 years left before balloon payment is due | $240,000.00 | $0.00 | | $0.00 | FA |
| 23 | Ambizioso Partners Note from Stephen Miller; 2.5 years left before balloon payment is due | $240,000.00 | $0.00 | | $0.00 | FA |
| 24 | Tres Manichino Partners Note from Greg Rossi LLC; 2 years left before balloon payment is due | $300,000.00 | $0.00 | | $0.00 | FA |
| 25 | Calandrella personal bankruptcy                    **(u)** | $5,000.00 | $13,773.12 | | $13,773.12 | FA |
| 26 | 70 acre "Bray Farm" in Garrett County, near Swanton, Maryland (owned by Ambiziosa Partners) | $100,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   3/16/10 Amended schedules filed, adding this asset | | | | | | |
| 27 | Ambizioso City National Bank Account          **(u)** | $16,350.76 | $16,350.76 | | $16,350.76 | FA |
| 28 | Amico City National Bank Account               **(u)** | $10,309.27 | $10,309.27 | | $10,309.27 | FA |
| 29 | Lupo Tana City National Bank Account          **(u)** | $242,240.09 | $242,240.29 | | $252,240.09 | FA |
| 30 | Ricco City National Bank Account                 **(u)** | $926,783.30 | $926,783.30 | | $1,116,783.30 | FA |
| 31 | Interest from Ricco Account                         **(u)** | $0.00 | $0.00 | | $1,138.27 | FA |
| 32 | Interest from Ambizioso Account                 **(u)** | $0.00 | $0.00 | | $18.54 | FA |
| 33 | Interest from Amico Account                       **(u)** | $0.00 | $0.00 | | $11.25 | FA |
| 34 | Interest from Lupo Tana Account                 **(u)** | $0.00 | $0.00 | | $265.53 | FA |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $16,463,283.42 | $1,421,887.08 | | $1,623,320.47 | $0.00 |

**Major Activities affecting case closing:**

10/27/2017       Awaiting distribution checks to clear to file TFR.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 10-00023-PMF | |
| Case Name: | RICCO, INC. | |
| For the Period Ending: | 12/13/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Robert L. Johns | |
| Date Filed (f) or Converted (c): | 01/07/2010 (f) | |
| §341(a) Meeting Date: | 04/16/2015 | |
| Claims Bar Date: | 05/27/2010 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 05/19/2017 | Order granting interim distribution. |
| 04/18/2017 | Motion for interim distribution of estate funds filed. |
| 04/11/2017 | Hearing held and objection issue resolved. Court enters agreed order. |
| 01/25/2017 | Trustee objected to proof of claim filed by Internal Revenue Service. Objection still pending. |
| 09/30/2016 | Trustee to file objection to claims. Objection to IRS claim filed. |
| 03/01/2016 | Trustee reviewing claims and awaiting closing of Ralph Callandrella individual case. |
| 09/15/2015 | Trustee completing tax returns and awaiting calculation of estate's interest (if any) in Calandrella's personal bankruptcy. |
| 05/21/2015 | Objection to claims exemption filed against Willard Roth. |
| | Motion to compromise controversy regarding Trustee's objection to Roths' proof of claim. |
| 03/25/2015 | Case was converted to Chapter 7 |
| 12/11/2013 | Order approving results of Trustee's sale by auction. |
| 09/03/2013 | Trustee filed application to employ auctioneer. |
| | Trustee filed motion to sell real estate consisting of various parcels of surface and/or minerals totaling approximately 1,590.71 acres |
| 09/03/2013 | Trustee filed application to employ auctioneer. |
| | Trustee filed motion to sell real estate consisting of various parcels of surface and/or minerals totaling approximately 1,590.71 acres |
| 09/03/2013 | Trustee filed application to employ auctioneer. |
| | Trustee filed motion to sell real estate consisting of various parcels of surface and/or minerals totaling approximately 1,590.71 acres |
| 10/07/2011 | Complaint (AP) filed against principles of Ricco, Ralph and Carolyn Calandrella and Jan Holbrook, Trustee of the Calandrella's bankruptcy estate. |
| 12/10/2010 | RE Prop # 1 -Motion for relief from stay filed |
| | Objection by creditor and protective objection filed by Trustee |
| 07/12/2010 | Protective objection by Ch 11 Trustee to order granting order joint motion to extend liease terms for 120 days. |
| | Order mooting objection |
| 07/02/2010 | Trustee was appointed as Chapter 11 Trustee |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | **Current Projected Date Of Final Report (TFR):** | 11/30/2017 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS

CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 3:10-bk-00023    Doc 907    Filed 12/17/18    Entered 12/17/18 15:12:08    Page 12 of 21

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 10-00023-PMF | | | Trustee Name: | Robert L. Johns |
| Case Name: | RICCO, INC. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8196 | | | Checking Acct #: | ******0113 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Estate of Ricco, Inc. |
| For Period Beginning: | 1/7/2010 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/13/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/22/2015 | (30) | Estate of Ricco, Inc. | Funds transferred from City National Ricco, Inc. account | 1229-000 | $11,000.00 | | $11,000.00 |
| 07/01/2015 | (29) | Estate of Lupo Tana Partners | Transfer of funds from City National Account to make distribution per order entered 6/18/15 | 1229-000 | $10,000.00 | | $21,000.00 |
| 07/01/2015 | (30) | Estate of Ricco, Inc. | Transfer of funds from City National account to make distribution per order entered 6/30/15 | 1229-000 | $2,000.00 | | $23,000.00 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.58 | $22,995.42 |
| 07/31/2015 | 3001 | Willard C. Roth and Dorothy L. Roth | Motion to Compromise Claim #21 and 22 by Order entered 6/18/2015 | 5200-000 | | $10,000.00 | $12,995.42 |
| 07/31/2015 | 3002 | Dinsmore & Shohl, LLP | Allowance of compensation of fees and expenses Per Order entered 6/30/15 | 6210-600 | | $11,127.50 | $1,867.92 |
| 07/31/2015 | 3003 | Dinsmore & Shohl, LLP | Allowance of compensation of fees and expenses Per Order entered 6/30/15 | 6420-590 | | $526.95 | $1,340.97 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $36.49 | $1,304.48 |
| 08/14/2015 | (20) | Rabobank, N.A. | Dividend paid 100% | 1129-000 | $212,430.34 | | $213,734.82 |
| 08/14/2015 | 3004 | LLP Mortgage, LTD. | Per Order entered 8/9/15 on Motion to Compromise | 4110-000 | | $21,150.55 | $192,584.27 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $165.17 | $192,419.10 |
| 09/04/2015 | | Insurance Partners Agency, INC | Refund from cancellation of Bond Insurance under Chapter 11 | 1290-000 | $1,321.00 | | $193,740.10 |
| 09/11/2015 | 3005 | The Estate of Ricco, Inc. | Transfer of funds to Ricco, Inc. City National account | 9999-000 | | $190,000.00 | $3,740.10 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $133.97 | $3,606.13 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.83 | $3,600.30 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.62 | $3,594.68 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.80 | $3,588.88 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.79 | $3,583.09 |
| 02/08/2016 | (30) | The Estate of Ricco, Inc. | transfer of funds from City National Account to make court ordered payment of accountant fees and expenses | 1229-000 | $10,537.50 | | $14,120.59 |
| 02/09/2016 | 3006 | Andrew Smith | Payment for Accountant fees per order entered 1/13/16 | 3410-000 | | $10,537.50 | $3,583.09 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $9.24 | $3,573.85 |

| | SUBTOTALS | $247,288.84 | $243,714.99 |
|---|---|---|---|

CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 3:10-bk-00023   Doc 907   Filed 12/17/18   Entered 12/17/18 15:12:08   Page 13 of 21

| Case No. | 10-00023-PMF | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | RICCO, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8196 | Checking Acct #: | ******0113 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Estate of Ricco, Inc. |
| For Period Beginning: | 1/7/2010 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/13/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2016 | (30) | Estate of Ricco, Inc. | Transfer of funds from City National account to pay taxes | 1229-000 | $30,000.00 | | $33,573.85 |
| 03/08/2016 | 3007 | Comptroller of Maryland | 2011 Maryland Corporation Income Tax Return | 2820-000 | | $184.00 | $33,389.85 |
| 03/08/2016 | 3008 | Department of the Treasury | 2009 Federal Form 1120 | 2810-000 | | $9,187.00 | $24,202.85 |
| 03/08/2016 | 3009 | Comptroller of Maryland | 2009 Maryland Form 500 | 2820-000 | | $6,971.00 | $17,231.85 |
| 03/08/2016 | 3010 | Comptroller of Maryland | 2007 Maryland Form 500 | 2820-000 | | $729.00 | $16,502.85 |
| 03/08/2016 | 3011 | INTERNAL REVENUE SERVICE Center | 2005 Federal Form 1120 | 2810-000 | | $9,357.00 | $7,145.85 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $22.34 | $7,123.51 |
| 04/08/2016 | 3012 | Insurance Partners Agency, INC | Bond insurance payment | 2300-000 | | $193.78 | $6,929.73 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.95 | $6,918.78 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $11.17 | $6,907.61 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.79 | $6,896.82 |
| 07/07/2016 | (25) | Calandrella, Ralph Austin and Carolyn Sue | 85% of sale proceeds from Calandrella Bankruptcy per Order entered 2/15/13 | 1229-000 | $13,773.12 | | $20,669.94 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $29.06 | $20,640.88 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.31 | $20,607.57 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.19 | $20,575.38 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.21 | $20,542.17 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.09 | $20,510.08 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.10 | $20,476.98 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.05 | $20,443.93 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $29.81 | $20,414.12 |
| 03/31/2017 | 3013 | Insurance Partners Agency, INC | Bond Premium Payment | 2300-003 | | $1,011.79 | $19,402.33 |
| 04/03/2017 | 3013 | VOID: Insurance Partners Agency, INC | Incorrect amount | 2300-003 | | ($1,011.79) | $20,414.12 |
| 04/03/2017 | 3014 | Insurance Partners Agency, INC | 2017 Bond payment | 2300-003 | | $1,011.85 | $19,402.27 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.95 | $19,369.32 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $30.73 | $19,338.59 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.21 | $19,307.38 |

|  | | | | SUBTOTALS | $43,773.12 | $28,039.59 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 10-00023-PMF | Trustee Name: |
| Case Name: | RICCO, INC. | Bank Name: |
| Primary Taxpayer ID #: | **-***8196 | Checking Acct #: |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 1/7/2010 | Blanket bond (per case limit): |
| For Period Ending: | 12/13/2018 | Separate bond (if applicable): |

Trustee Name: Robert L. Johns
Bank Name: Pinnacle Bank
Checking Acct #: ******0113
Account Title: Estate of Ricco, Inc.
Blanket bond (per case limit): $3,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/06/2017 | | City National Bank | Transfer of funds and interest | | * | $1,064,375.32 | | $1,083,682.70 |
| | {30} | | Funds Transfer | $873,245.80 | 1229-000 | | | $1,083,682.70 |
| | {31} | | Interest Earned | $1,129.52 | 1270-000 | | | $1,083,682.70 |
| | {30} | | | $190,000.00 | 9999-000 | | | $1,083,682.70 |
| 06/06/2017 | | City National Bank | Transfer of Funds and interest | | * | $16,369.18 | | $1,100,051.88 |
| | {27} | | Transfer of Funds | $16,350.76 | 1229-000 | | | $1,100,051.88 |
| | {32} | | Interest Earned | $18.42 | 1270-000 | | | $1,100,051.88 |
| 06/06/2017 | | City National Bank | Transfer of funds and interest | | * | $10,320.45 | | $1,110,372.33 |
| | {28} | | Transfer of Funds | $10,309.27 | 1229-000 | | | $1,110,372.33 |
| | {33} | | Interest earned | $11.18 | 1270-000 | | | $1,110,372.33 |
| 06/06/2017 | | City National Bank | Transfer of Funds and interest | | * | $242,503.96 | | $1,352,876.29 |
| | {29} | | Transfer of funds | $242,240.09 | 1229-000 | | | $1,352,876.29 |
| | {34} | | Interest earned | $263.87 | 1270-000 | | | $1,352,876.29 |
| 06/07/2017 | (31) | Ricco, Inc. | Interest income | | 1270-000 | $1.46 | | $1,352,877.75 |
| 06/07/2017 | (32) | Ambizioso Partners | Interest Income | | 1270-000 | $0.03 | | $1,352,877.78 |
| 06/07/2017 | (33) | Amico Partners | Interest income | | 1270-000 | $0.01 | | $1,352,877.79 |
| 06/07/2017 | (34) | Lupo Tana Partners | Interest income | | 1270-000 | $0.33 | | $1,352,878.12 |
| 06/08/2017 | 3015 | Beatrice V. Paugh | Per Order entered 5/19/2017 regarding Interim Distribution of funds | | 4110-000 | | $144,145.21 | $1,208,732.91 |
| 06/08/2017 | 3016 | John and Susan Daley | Per Order entered 5/19/2017 regarding Interim Distribution of funds | | 4110-000 | | $50,466.84 | $1,158,266.07 |
| 06/08/2017 | 3017 | Dorothy Roth | Per Order entered 5/19/2017 regarding Interim Distribution of funds | | 4110-000 | | $25,000.00 | $1,133,266.07 |
| 06/08/2017 | 3018 | Jeremy t. Iser | Per Order entered 5/19/2017 regarding Interim Distribution of funds | | 7100-000 | | $68,286.37 | $1,064,979.70 |
| 06/08/2017 | 3019 | INTERNAL REVENUE SERVICE | Per Order entered 5/19/2017 regarding Interim Distribution of funds | | 2810-000 | | $2,479.72 | $1,062,499.98 |
| 06/08/2017 | 3020 | Comptroller of Maryland | Per Order entered 5/19/2017 regarding Interim Distribution of funds | | 2820-000 | | $1,038.31 | $1,061,461.67 |

**SUBTOTALS**    $1,333,570.74    $291,416.45

CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 3:10-bk-00023    Doc 907    Filed 12/17/18    Entered 12/17/18 15:12:08    Page 15 of 21

| | |
|---|---|
| Case No. | 10-00023-PMF |
| Case Name: | RICCO, INC. |
| Primary Taxpayer ID #: | **-***8196 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/7/2010 |
| For Period Ending: | 12/13/2018 |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0113 |
| Account Title: | Estate of Ricco, Inc. |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2017 | 3021 | Jay R. Reed and Margaret E. Reed | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 4110-000 | | $300,347.76 | $761,113.91 |
| 06/08/2017 | 3022 | T. Scott Wilson | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $15,254.15 | $745,859.76 |
| 06/08/2017 | 3023 | Mary L. Wood | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $10,169.43 | $735,690.33 |
| 06/08/2017 | 3024 | James F. Bruckey | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $18,304.98 | $717,385.35 |
| 06/08/2017 | 3025 | Thomas F. Bruckey | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $2,796.59 | $714,588.76 |
| 06/08/2017 | 3026 | Mary L. Bruckey | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $2,542.36 | $712,046.40 |
| 06/08/2017 | 3027 | John and Susan Daley | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 4110-000 | | $45,909.43 | $666,136.97 |
| 06/08/2017 | 3028 | Jeremy T. Iser | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $7,795.40 | $658,341.57 |
| 06/08/2017 | 3029 | Myrtle Paugh | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $12,711.79 | $645,629.78 |
| 06/08/2017 | 3030 | Vera Stonebraker and Robert Stonebraker | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $13,576.19 | $632,053.59 |
| 06/08/2017 | 3031 | Alice Andrzejewski | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $15,254.15 | $616,799.44 |
| 06/08/2017 | 3032 | Joyce Tasker and Vera Stonebraker | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $1,271.18 | $615,528.26 |
| 06/08/2017 | 3033 | INTERNAL REVENUE SERVICE | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $756.88 | $614,771.38 |
| 06/08/2017 | 3034 | William H. Kitzmiller | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $25,423.58 | $589,347.80 |
| 06/08/2017 | 3035 | Ralph and Linda Franz | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 4110-000 | | $14,282.46 | $575,065.34 |
| | | | **SUBTOTALS** | | $0.00 | $486,396.33 | |

| Case No. | 10-00023-PMF | | | | Trustee Name: | Robert L. Johns |
| Case Name: | RICCO, INC. | | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8196 | | | | Checking Acct #: | ******0113 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | Estate of Ricco, Inc. |
| For Period Beginning: | 1/7/2010 | | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/13/2018 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2017 | 3036 | Robert Baker | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $2,249.94 | $572,815.40 |
| 06/08/2017 | 3037 | Elk District Volunteer Fire Co., Inc. | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $29,237.11 | $543,578.29 |
| 06/08/2017 | 3038 | Ralph Warnick and Theresa S. Warnick | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $3,050.83 | $540,527.46 |
| 06/08/2017 | 3039 | Virginia Cummings | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $1,199.97 | $539,327.49 |
| 06/08/2017 | 3040 | Douglas M. Bircher | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $12,890.77 | $526,436.72 |
| 06/08/2017 | 3041 | Daniel P. Kelley | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $49,114.31 | $477,322.41 |
| 06/08/2017 | 3042 | Ronald W. Harvey and Dolores C. Harvey | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $3,177.95 | $474,144.46 |
| 06/08/2017 | 3043 | Richard Sherwood and Rosanne Sherwood | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $10,169.43 | $463,975.03 |
| 06/08/2017 | 3044 | Melvin W. and Dixie L. Brinkman | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $7,245.72 | $456,729.31 |
| 06/08/2017 | 3045 | Gary N. Paugh | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $17,796.50 | $438,932.81 |
| 06/08/2017 | 3046 | Ellen E. Paugh | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $2,796.59 | $436,136.22 |
| 06/08/2017 | 3047 | Ellen E. Paugh | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $520.94 | $435,615.28 |
| 06/08/2017 | 3048 | Ellen E. Paugh | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $7,932.67 | $427,682.61 |
| 06/08/2017 | 3049 | David L. Idleman | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $3,813.54 | $423,869.07 |
| 06/08/2017 | 3050 | Doris J. Sowers Adm of Estate of Mildred O. Kitzmiller | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $4,999.86 | $418,869.21 |
| | | | **SUBTOTALS** | | $0.00 | $156,196.13 | |

No. 3:10-bk-00023    Doc 907    Filed 12/17/18    Entered 12/17/18 15:12:08    Page 17 of 21

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 10-00023-PMF | | | **Trustee Name:** | Robert L. Johns | |
| **Case Name:** | RICCO, INC. | | | **Bank Name:** | Pinnacle Bank | |
| **Primary Taxpayer ID #:** | **-***8196 | | | **Checking Acct #:** | ******0113 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Estate of Ricco, Inc. | |
| **For Period Beginning:** | 1/7/2010 | | | **Blanket bond (per case limit):** | $3,000,000.00 | |
| **For Period Ending:** | 12/13/2018 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2017 | 3051 | Doris Sowers, Adm. of Estate of Mildred Kitzmiller | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $2,499.93 | $416,369.28 |
| 06/08/2017 | 3052 | Doris Sowers, Adm of Estate of Mildred Kitzmiller | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $624.98 | $415,744.30 |
| 06/08/2017 | 3053 | Frank J. Sowers, Jr. and Doris J. Sowers | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $3,050.83 | $412,693.47 |
| 06/08/2017 | 3054 | Frank J. Sowers, Jr. and Doris J. Sowers | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $4,576.24 | $408,117.23 |
| 06/08/2017 | 3055 | William L. Lucas and Marcia L. Lucas | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $19,067.68 | $389,049.55 |
| 06/08/2017 | 3056 | Doris Sowers Adm of Estate of Mildred O Kitzmiller | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $57,203.05 | $331,846.50 |
| 06/08/2017 | 3057 | Conrad and Tanya James, Jr. | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $3,813.54 | $328,032.96 |
| 06/08/2017 | 3058 | James D. Brady and Jeffery A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $5,084.72 | $322,948.24 |
| 06/08/2017 | 3059 | James D. Brady and Jeffery A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $4,449.13 | $318,499.11 |
| 06/08/2017 | 3060 | James D. Brady and Jeffery A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $7,627.07 | $310,872.04 |
| 06/08/2017 | 3061 | James D. Brady and Jeffery A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $5,084.72 | $305,787.32 |
| 06/08/2017 | 3062 | James D. Brady and Jeffery A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $956.21 | $304,831.11 |
| 06/08/2017 | 3063 | Clifford Eugene Keplinger | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $52,881.04 | $251,950.07 |
| 06/08/2017 | 3064 | John F. Dixon | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $12,711.79 | $239,238.28 |
| 06/08/2017 | 3065 | Brian C. Sowers | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $20,287.34 | $218,950.94 |

|  |  | **SUBTOTALS** | $0.00 | $199,918.27 |

CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 3:10-bk-00023   Doc 907   Filed 12/17/18   Entered 12/17/18 15:12:08   Page 18 of 21

| | | |
|---|---|---|
| **Case No.** | 10-00023-PMF | |
| **Case Name:** | RICCO, INC. | |
| **Primary Taxpayer ID #:** | **-***8196 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/7/2010 | |
| **For Period Ending:** | 12/13/2018 | |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0113 |
| **Account Title:** | Estate of Ricco, Inc. |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2017 | 3066 | Brian C. Sowers | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $77,586.78 | $141,364.16 |
| 06/08/2017 | 3067 | Daniel P. Kelley | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 4210-000 | | $3,440.77 | $137,923.39 |
| 06/08/2017 | 3068 | Brian C. Sowers | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 4210-000 | | $2,064.46 | $135,858.93 |
| 06/08/2017 | 3069 | Sherry Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 4210-000 | | $2,064.47 | $133,794.46 |
| 06/08/2017 | 3070 | Jeffery A/ Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 4210-000 | | $2,064.47 | $131,729.99 |
| 06/08/2017 | 3071 | Robert Johns | Trustee Compensation - Ricco, Inc. | * | | $47,106.00 | $84,623.99 |
| | | | Robert Johns $(28,867.16) | 2100-000 | | | $84,623.99 |
| | | | Trustee Compensation - Chapter 11 $(18,238.84) | 6101-000 | | | $84,623.99 |
| 06/08/2017 | 3072 | Robert Johns | Trustee Compensation - Lupo Tana | 2100-000 | | $36,317.89 | $48,306.10 |
| 06/08/2017 | 3073 | Robert Johns | Trustee Compensation - Ambizioso | 2100-000 | | $677.40 | $47,628.70 |
| 06/08/2017 | 3074 | Robert Johns | Trustee Compensation - Amico | 2100-000 | | $427.09 | $47,201.61 |
| 06/08/2017 | 3075 | Turner & Johns PLLC | Attorney for Trustee Fees - Ricco | 3110-000 | | $40,761.61 | $6,440.00 |
| 06/08/2017 | 3076 | Turner & Johns PLLC | Attorney for Trustee Fees - Lupo Tana | 3110-000 | | $1,840.00 | $4,600.00 |
| 06/08/2017 | 3077 | Turner & Johns PLLC | Attorney for Trustee fees - Ambizioso | 3110-000 | | $2,640.00 | $1,960.00 |
| 06/08/2017 | 3078 | Turner & Johns PLLC | Attorney for Trustee Fees - Amico | 3110-000 | | $1,960.00 | $0.00 |
| 06/19/2017 | 3058 | VOID: James D. Brady and Jeffery A. Brady | Order sustaining objection to Claim #53 entered 12/27/16 | 7100-003 | | ($5,084.72) | $5,084.72 |
| 06/19/2017 | 3059 | VOID: James D. Brady and Jeffery A. Brady | Order sustaining objection to Claim #54 entered 12/27/16 | 7100-003 | | ($4,449.13) | $9,533.85 |
| 06/19/2017 | 3060 | VOID: James D. Brady and Jeffery A. Brady | Order sustaining objection to Claim #55 entered 12/27/16 | 7100-003 | | ($7,627.07) | $17,160.92 |
| 06/19/2017 | 3061 | VOID: James D. Brady and Jeffery A. Brady | Order sustaining objection to Claim #56 entered 12/27/16 | 7100-003 | | ($5,084.72) | $22,245.64 |
| 06/19/2017 | 3062 | VOID: James D. Brady and Jeffery A. Brady | Order sustaining objection to Claim #57 entered 12/27/16 | 7100-003 | | ($956.21) | $23,201.85 |
| 06/19/2017 | 3079 | Sherry Brady and Jeffrey A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $5,084.72 | $18,117.13 |
| 06/19/2017 | 3080 | Sherry Brady and Jeffrey A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $4,449.13 | $13,668.00 |
| | | | **SUBTOTALS** | | $0.00 | $205,282.94 | |

No. 3:10-bk-00023    Doc 907    Filed 12/17/18    Entered 12/17/18 15:12:08    Page 19 of 21

| | | |
|---|---|---|
| **Case No.** | 10-00023-PMF | **Trustee Name:** Robert L. Johns |
| **Case Name:** | RICCO, INC. | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8196 | **Checking Acct #:** ******0113 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Estate of Ricco, Inc. |
| **For Period Beginning:** | 1/7/2010 | **Blanket bond (per case limit):** $3,000,000.00 |
| **For Period Ending:** | 12/13/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/19/2017 | 3081 | Sherry Brady and Jeffrey A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $7,627.07 | $6,040.93 |
| 06/19/2017 | 3082 | Sherry Brady and Jeffrey A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $5,084.72 | $956.21 |
| 06/19/2017 | 3083 | Sherry Brady and Jeffrey A. Brady | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $956.21 | $0.00 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $649.63 | ($649.63) |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $66.78 | ($716.41) |
| 08/17/2017 | | Pinnacle Bank | Reverses bank fee of 66.78 and 649.63 | 2600-000 | | ($716.41) | $0.00 |
| 09/28/2017 | 3023 | STOP PAYMENT: Mary L. Wood | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-004 | | ($10,169.43) | $10,169.43 |
| 09/28/2017 | 3036 | STOP PAYMENT: Robert Baker | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-004 | | ($2,249.94) | $12,419.37 |
| 11/29/2017 | 3084 | Robert Baker | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $2,249.94 | $10,169.43 |
| 12/04/2017 | 3085 | Mary L. Wood | Per Order entered 5/19/2017 regarding Interim Distribution of funds | 7100-000 | | $10,169.43 | $0.00 |
| 02/14/2018 | | The Estate of Ricco, Inc. | Balance of interest in Ricco City National Account | * | $8.77 | | $8.77 |
| | {31} | | Balance of interest in Ricco City National Account $7.29 | 1270-000 | | | $8.77 |
| | {32} | | Balance of interest in from Ambizioso $0.09 | 1270-000 | | | $8.77 |
| | {33} | | Balance of interest from Amicco $0.06 | 1270-000 | | | $8.77 |
| | {34} | | Balance of interest from Lupo Tana $1.33 | 1270-000 | | | $8.77 |
| 04/24/2018 | | Turner & Johns, PLLC | Funds to pay US Trustee | 1121-000 | $975.00 | | $983.77 |
| 06/25/2018 | | Turner & Johns, PLLC | Payment of deferred filing fee for AP in Calandrella BK | 1180-000 | $250.00 | | $1,233.77 |
| 08/08/2018 | 3086 | Robert Johns | Trustee Expenses | 2200-000 | | $8.77 | $1,225.00 |
| 08/08/2018 | 3087 | US Trustee | Final Distribution Claim #: 61; Claim #: 61; | 5800-000 | | $975.00 | $250.00 |
| 08/08/2018 | 3088 | U.S. Northern | Final Distribution Claim #: 65; Claim #: 65; | 2700-000 | | $250.00 | $0.00 |

**SUBTOTALS**    $1,233.77    $14,901.77

No. 3:10-bk-00023   Doc 907   Filed 12/17/18   Entered 12/17/18 15:12:08   Page 20 of 21

| | | |
|---|---|---|
| **Case No.** | 10-00023-PMF | **Trustee Name:** Robert L. Johns |
| **Case Name:** | RICCO, INC. | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8196 | **Checking Acct #:** ******0113 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Estate of Ricco, Inc. |
| **For Period Beginning:** | 1/7/2010 | **Blanket bond (per case limit):** $3,000,000.00 |
| **For Period Ending:** | 12/13/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $1,625,866.47 | $1,625,866.47 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $190,000.00 | |
| | | **Subtotal** | | | $1,625,866.47 | $1,435,866.47 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $1,625,866.47 | $1,435,866.47 | |

| For the period of 1/7/2010 to 12/13/2018 | | For the entire history of the account between 06/17/2015 to 12/13/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,435,866.47 | Total Compensable Receipts: | $1,435,866.47 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,435,866.47 | Total Comp/Non Comp Receipts: | $1,435,866.47 |
| Total Internal/Transfer Receipts: | $190,000.00 | Total Internal/Transfer Receipts: | $190,000.00 |
| | | | |
| Total Compensable Disbursements: | $1,435,866.47 | Total Compensable Disbursements: | $1,435,866.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,435,866.47 | Total Comp/Non Comp Disbursements: | $1,435,866.47 |
| Total Internal/Transfer Disbursements: | $190,000.00 | Total Internal/Transfer Disbursements: | $190,000.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

No. 3:10-bk-00023    Doc 907    Filed 12/17/18    Entered 12/17/18 15:12:08    Page 21 of 21

| | |
|---|---|
| Case No. | 10-00023-PMF |
| Case Name: | RICCO, INC. |
| Primary Taxpayer ID #: | **-***8196 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/7/2010 |
| For Period Ending: | 12/13/2018 |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0113 |
| Account Title: | Estate of Ricco, Inc. |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $1,625,866.47 | $1,435,866.47 | $0.00 |

**For the period of 1/7/2010 to 12/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,435,866.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,435,866.47 |
| Total Internal/Transfer Receipts: | $190,000.00 |
| | |
| Total Compensable Disbursements: | $1,435,866.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,435,866.47 |
| Total Internal/Transfer Disbursements: | $190,000.00 |

**For the entire history of the case between 01/07/2010 to 12/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,435,866.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,435,866.47 |
| Total Internal/Transfer Receipts: | $190,000.00 |
| | |
| Total Compensable Disbursements: | $1,435,866.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,435,866.47 |
| Total Internal/Transfer Disbursements: | $190,000.00 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS